**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Kevin P. Foley,<br><br>　　　　Respondent. | CV 08-1934-PHX-JAT<br><br>**ORDER ENFORCING SUMMONS** |

　　　　This matter is before the Court on the United States's Petition to Enforce Internal Revenue Service Summons (Docket #1) filed on August 14, 2008.  Based upon the Petition filed by the United States, the pleadings with respect thereto, Mr. Foley's failure to respond to the show-cause Order and to appear at the show-cause hearing, and good cause appearing,

　　　　**IT IS HEREBY ORDERED** Granting the United States's Petition to Enforce Internal Revenue Service Summons (Docket #1).

　　　　**IT IS FURTHER ORDERED** that Mr. Foley shall immediately comply with the Summons by providing the documents and information identified in the Summons to Internal Revenue Officer Dianne Thomas at 2400 West Dunlap, #315, Phoenix, Arizona 85021, (602) 207-8369, within thirty (30) days of service of this Order Enforcing Summons.

　　　　**IT IS FURTHER ORDERED** that Mr. Foley's non-compliance with the terms and conditions of this Order Enforcing Summons may serve as grounds for a finding of civil contempt against him.

**IT IS FURTHER ORDERED** that counsel for the United States shall serve a copy of this Order Enforcing Summons by first-class mail, postage prepaid, on Mr. Foley at his residence at 8203 West Oraibi Drive, Apartment 2146, Peoria, Arizona 85382.

DATED this 21st day of October, 2008.

_____
James A. Teilborg
United States District Judge